**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
_____
                                          :
Kristy and Matthew Saylor,                :
                                          :   Civil Action No.:  3:14-cv-00356-UN2
                                          :
                    Plaintiffs,           :
           v.                             :
                                          :
Westlake Services, LLC d/b/a Westlake     :
Financial Services,                       :
                                          :
                    Defendant.            :
_____   :

<u>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**</u>

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed against Westlake Services, LLC d/b/a Westlake Financial Services, without

prejudice and without costs to any party.

Kristy and Matthew Saylor            Westlake Services, LLC d/b/a Westlake
                                     Financial Services

 /s/ Jody B. Burton                   /s/ Seth A. Schaeffer
Jody B. Burton, Esq.                 Seth A. Schaeffer, Esq.
Bar No.: 71681                       Bar No. 74509
LEMBERG LAW LLC                      MCGUIRE WOODS, LLP
1100 Summer Street, 3rd Floor        One James Center
Stamford, CT  06905                  901 East Cary Street
Tel: (203) 653-2250                  Richmond, VA 23219
*Attorney for Plaintiffs*            Tel: (804) 775-1174
                                     *Attorney for Defendant*


_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Laura A. Lange, Esq.
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

David Hartsell, Esq.
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818

Seth A. Schaffer, Esq.
Myra H. Chapman, Esq.
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
*Attorneys for Defendant*

By /s/ Jody B. Burton
Jody B. Burton